ACCEPTED
04-15-00327-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/29/2015 4:00:35 PM
KEITH HOTTLE
CLERK

No. 04-15-00327-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/29/2015 4:00:35 PM
KEITH E. HOTTLE
Clerk

IN THE

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

ERICK LOPEZ,

Appellant

v.

ADAM HURON D/B/A ADAM'S MEXICAN FOOD PRODUCTS,

Appellee

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES Appellee, ADAM HURON D/B/A ADAM'S MEXICAN FOOD PRODUCTS, and files this Unopposed Motion to Extend Time to File Brief, and would respectfully show the Court as follows:

I.

Appellee's Brief is presently due on October 2, 2015. Appellee respectfully requests a thirty day extension of time which, if granted, will make its Brief of Appellee due on November 2, 2015. Additional time is needed to file the Brief of Appellee due to

Appellee's counsel's prior commitments and heavy workload. No previous extensions of time to file the Brief of Appellee have been requested.

II.

Counsel for Appellee has conferred with counsel for Appellant, who has indicated that Appellant is not opposed to the relief requested in this Motion.

WHEREFORE, Appellee respectfully requests that this Motion be granted.

Respectfully submitted,

CURL STAHL GEIS
A PROFESSIONAL CORPORATION
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 226-2182
Telecopier: (210) 226-1691

BY: _____
PAUL T. CURL
State Bar No. 05255200
ptcurl@csg-law.com
BRITTANY M. WEIL
State Bar No. 24051929
bmweil@csg-law.com
HERBERT S. HILL
State Bar No. 24087722
hshill@csg-law.com

ATTORNEYS FOR APPELLEE
ADAM HURON D/B/A ADAM'S
MEXICAN FOOD PRODUCTS

# VERIFICATION

STATE OF TEXAS                                  §
                                                §
COUNTY OF BEXAR                                 §

BEFORE ME, the undersigned authority, personally appeared BRITTANY M. WEIL, who, having been by me duly sworn, upon her oath deposed and said that she is an attorney for Appellee, ADAM HURON D/B/A ADAM'S MEXICAN FOOD PRODUCTS, in the above-captioned matter; that she has read the above and foregoing Appellee's Motion to Extend Time to File Brief; and that the matters stated therein are within her personal knowledge and are true and correct.

_____
BRITTANY M. WEIL

SWORN TO and SUBSCRIBED before me this 29th day of September, 2015, by BRITTANY M. WEIL.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MARCIA LANEE JOHNSON
Notary Public
State of Texas
My Comm Exp 03-19-2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2015, a true and correct copy of the above and foregoing document was served via electronic mail and/or electronic service through ProDoc to the following:

Mr. Jeremy J. Cook
Downs Stanford, PC
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
Telecopier: (214) 748-4530
Email: jcook@downsstanford.com

_____
BRITTANY M. WEIL